UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAKASH MELWANI,

                Plaintiff,

against

KIM HYERAN, d/b/a KOREA C, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 8189 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 29, 2020, Plaintiff pro se Prakash Melwani filed his third Status Report concerning service on Defendants (ECF No. 22) in accordance with the Court's June 18, 2020 Order. (ECF No. 14). Two affidavits of service for Defendant Sung Rhyong Bae have been filed (ECF Nos. 15, 19) and Plaintiff represents in his Status Reports that Defendant Bae has been served in the United States. (ECF Nos. 20–22). Conversely, based on the information currently known and reported by Plaintiff, international service by mail on Defendants Kim Hyeran and Goseung Chan still has not been successful pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii), which requires a signed receipt.[1]

Plaintiff is ORDERED to request a Certificate of Default from the Clerk of Court pertaining to Defendant Bae by **Tuesday, December 15, 2020.** The Court GRANTS Plaintiff a final additional 60-day extension, until **February 1, 2021,** to effect service on Defendants Hyeran and Chan.

---

[1] The mailing sent to Defendant Hyeran has not been returned and its status is unknown. (ECF No. 22 at 1). Of two mailings sent to Defendant Chan, one has been returned with text indicating that "the party is unknown at that address" and the second mailing, sent to a different address, has not been returned to date. (Id.)

Plaintiff must file a Status Report detailing his progress regarding service on Defendants Hyeran and Chan by **Monday, February 1, 2021.**

Dated:   New York, New York
         December 1, 2020

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**