UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRAKASH MELWANI,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 19 Civ. 8189 (RA) (SLC)

**ORDER**

KIM HYERAN, d/b/a KOREA C, et al.,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On February 1, 2021, Plaintiff pro se Prakash Melwani filed his fourth Status Report concerning the status of service on Defendants (ECF No. 25) in accordance with the Court's June 18, 2020 Order. (ECF No. 14). Plaintiff states in the fourth Status Report that he is "prepared to withdraw his case without prejudice against the two latter defendants [Kim Hyeran and Goseung Chan], and to proceed to seek a default judgment against defendant [Sung Rhyong] Bae." (ECF No. 25 at 1–2).

Plaintiff shall proceed with seeking a default judgment against Defendant Bae. On December 11, 2020, Plaintiff filed a letter requesting a Certificate of Default (ECF No. 24) although it does not appear to have resulted in the issuance of a Certificate of Default. Accordingly, by **Thursday, February 25, 2021,** Plaintiff shall resubmit his application for a Certificate of Default in

accordance with the instructions on the Court's website, and Plaintiff shall, in pertinent part, submit a Proposed Order requesting a Certificate of Default.[1]

By **Thursday, March 11, 2021**, Plaintiff shall file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Judge Ronnie Abrams, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55.

Dated:     New York, New York
           February 4, 2021

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**

---

[1] CLERK'S CERTIFICATE OF DEFAULT, https://nysd.uscourts.gov/forms/clerks-certificate-default (last visited Feb. 4, 2021).