UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRAKASH MELWANI,

Plaintiff,

v.

KIM HYERAN, SUNG RHYONG BAE,
and GOSEUNG CHANG,

Defendants.

---

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  10/27/2021

19-CV-8189 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 13, 2021, Plaintiff, proceeding pro se, moved this Court for default judgment against Defendant Sung Rhyong Bae.  Dkt. 30.  In support of that motion, he filed a memorandum of law and a proposed default judgment.  Dkts. 29, 31.  However, he has not yet obtained a Certificate of Default from the Clerk of Court—as required to obtain a default judgment—because he has not filed a proposed Certificate of Default as required by this Court's rules.  *See* Dkts. 27, 29; Local Civil Rule 55.1 ("A proposed Clerk's Certificate of Default form must be attached to the affidavit [requesting the certificate].").  Plaintiff has not attempted to remedy this deficiency since March of this year.

Accordingly, it is ordered that Plaintiff file a proposed Certificate of Default by no later than November 26, 2021.  Instructions for how to do so, including a link to the proposed Certificate of Default to be completed by Plaintiff, may be found at https://www.nysd.uscourts.gov/forms/clerks-certificate-default.  If the Plaintiff does not do so by November 26, 2021, the Court will dismiss this action for failure to prosecute.  After Plaintiff has obtained that certificate, he must then file a new proposed default judgment.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:      October 27, 2021
            New York, New York

RONNIE ABRAMS
United States District Judge